# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

Filed 3/7/19
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| | |
|---|---|
| USA § § | |
| vs. § § | Case Number: EP:17-CR-01286(1)-KC |
| (1) FERNANDO CHAVEZ-ROLON § *Defendant* | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## FED.R.CRIM.P. II ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, (1) FERNANDO CHAVEZ-ROLON, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this 7th day of March, 2019.

_Fo C. R_
**(1) FERNANDO CHAVEZ-ROLON**
*Defendant*

_____
Sandra Lewis / Edgar Holguin
*Attorney for Defendant*

_____
Steve Jurecky
*Attorney for Government*